UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION AT DAYTON

UNITED STATES OF AMERICA,

    Plaintiff,                                         Case No. 3:22-cr-48-2

vs.

EVAN MORGAN,                            District Judge Michael J. Newman

    Defendant.

## ORDER ADOPTING THE REPORT AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE (Doc No. 19)

This criminal case is before the Court on the Report and Recommendation of the United States Magistrate Judge, recommending that the Court accept Defendant Evan Morgan's guilty plea. Doc. No. 19. There being no objections, the Court **ADOPTS** the Report and Recommendation in full. The Court accepts Defendant's plea of guilty as charged in the information currently pending against him and finds Defendant guilty of four counts of knowingly violating 7 U.S.C. § 136j(a)(1)(B) (relating to pesticide claims), which is a crime pursuant to 7 U.S.C. § 136l(b)(1)(A). *Id.*; *see* Doc. No. 17. The Court will defer the decision of whether to accept the plea agreement until the sentencing hearing, which will be set by separate Order.

    **IT IS SO ORDERED.**

August 29, 2022                                              s/*Michael J. Newman*
                                                                             Hon. Michael J. Newman
                                                                             United States District Judge